# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LEONARD S. MURRAY

VERSUS

MARCUS LEE WINTERS AND
GOAUTO INSURANCE

NO.   2026 CW 0631

**AUGUST 10, 2026**

---

In Re:   GoAuto Insurance Company, applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. 734049.

---

**BEFORE:   WOLFE, STROMBERG, AND BALFOUR, JJ.**

**WRIT DISMISSED.**  Pursuant to correspondence from relator's counsel advising that this matter has been settled and fully compromised, the writ is dismissed.

**EW**
**TPS**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT